# Docket

Basic Case Data
Party/Service Record Data
Docket
Sentence / Judgment

----------------------

1st Docket Page
Next Docket Page
Previous Docket

----------------------

EXIT / HOME
RETURN TO SEARCH
NEXT PAGE

## KIMBERLITE APPLIED SCIENCE LLC vs. GENIS, ALFRED R

**Case Number** 18 CV 0033  H  **Case Kind** Civil Case  **Case Type** Other Civil

| Date | Docket Code | Docket Entry | Response Date/ Code | Image |
|---|---|---|---|---|
| 2/ 12/ 18 | | COMPLAINT | | |
| 2/ 12/ 18 | | PRECIPE FOR SERVICE BY CM | | |
| 2/ 12/ 18 | | Certified Mail Service GENIS, ALFRED R Summons on Complaint COMPLAINT RRR, Cert # 1472 6699 0421 0500 2015 | | |
| 2/ 20/ 18 | | CM Success on GENIS, ALFRED R 021518 | | |

CPQSC4/DO

Exhibit B